IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH JO SUMPTER<br><br>Defendant. | CASE NO: 1:21-CR-00266-JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: SARAH JO SUMPTER
Detained at: Monterey County Jail

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 USC §§ 1341, 1344, 1028A
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary by FORTHWITH*

| | |
|---|---|
| Signature: | /s/ Alexandre Dempsey |
| Printed Name & Phone No: | Alexandre Dempsey, 559-353-0644 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 2/16/22

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male ☒ Female | |
| Booking or CDC #: | Booking: FN2105415 CDC: | DOB: | 12/06/1991 |
| Facility Address: | 1410 Natividad Road; Salinas CA 93906 | Race: | White |
| Facility Phone: | 831.755.3782 | FBI#: | 738242FD5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
(signature)