MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com


Attorney For:
SARAH JO SUMPTER

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SARAH JO SUMPTER,<br>              Defendant | Case Number: 1:21-CR-00266-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 15, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**


 Plaintiff United States of America, by and through its counsel of record, and defendant, by and

through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 15, 2022.

2. By this stipulation, defendant now moves to continue the status conference until September

14, 2022, and to exclude time between June 15, 2022, and August 17, 2022.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER
DATE: JUNE 15, 2022TIME: 1:00 P.M. COURT: HON. SHEILA K. OBERTO - 1

b) Counsel for defendant desires additional time to consult with his client, review the current charges, review discovery, and discuss possible resolution with his client and the government.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 8, 2022 to September 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which must commence.

IT IS SO STIPULATED.

Dated: June 1, 2022                          ___/s/ Michael W. Berdinella___
                                             Michael W. Berdinella
                                             Attorney for Sarah Jo Sumpter

_____/s/ Alexandre Dempsey___
Alexandre Dempsey
Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation, the status conference is continued from June 15, 2022, to August 17, 2022, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

**IT IS SO ORDERED.**

Dated: June 9, 2022

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER
DATE: JUNE 15, 2022TIME: 1:00 P.M. COURT: HON. SHEILA K. OBERTO - 3