PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00266-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE STATUS HEARING DATE, SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| SARAH JO SUMPTER, | DATE: October 19, 2022 |
| Defendants. | TIME: 1:00 p.m. COURT: Sheila K. Oberto |

**STIPULATION**

The United States of America, by and through its counsel of record, and SARAH JO SUMPTER, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 19, 2022.

2. By this stipulation, defendant now moves to vacate the status hearing and set the matter for change of plea before the Court as to this defendant on October 7, 2022. As time was already excluded by previous order until October 19, 2022, there is no need for an additional exclusion of time

3. The parties agree and stipulate, and request that the Court find the following:

a) As the defendant does not intend on going to trial, the parties request that the status hearing date be vacated. Vacating the status hearing date will conserve judicial resources for a case that has been resolved.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 27, 2022                          PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ ALEXANDRE DEMPSEY
                                                   ALEXANDRE DEMPSEY
                                                   Assistant United States Attorney

Dated:  September 27, 2022                          /s/ MICHAEL BERDINELLA
                                                   MICHAEL BERDINELLA
                                                   Counsel for SARAH JO SUMPTER




**ORDER**

IT IS SO ORDERED.

At the request of the parties, the October 19, 2022, status hearing in the above case is **VACATED** and parties shall appear on October 7, 2022, for a change of plea hearing.


DATED 9/28/2022                          *Sheila K. Oberto*
                                         THE HONORABLE SHEILA K. OBERTO
                                         UNITED STATES MAGISTRATE JUDGE