1  Michael W. Berdinella
2  Law Offices of Michael W. Berdinella
   726 W. Barstow, Suite 100
3  Fresno, CA 93704
   (559) 436-8000
4  Fax: (559)436-8900
5  Email: attyberdinella@gmail.com

6  Attorney for Defendant SARAH JO SUMPTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**SARAH JO SUMPTER**,<br><br>Defendant | **Case No.:** 1:21-CR-00266-001-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING and ORDER**<br><br>**DATE: JANUARY 20, 2023**<br>**TIME: 9:00 a.m.**<br>**COURT: Hon. JENNIFER L. THURSTON** |

**TO: THE HONORABLE JENNIFER L. THURSTON, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO ALEXANDRE DEMPSEY, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**COUNSEL** for Defendant Sarah Jo Sumpter and United States Attorney Alexandre Dempsey, on behalf of the Government of the United States, so hereby jointly request that the matter of Sentencing be continued until March 13, 2023. Both Counsel believe good cause exists due to the fact that Probation Office does not have a full compliment of Supervisors available to review and approve the Presentence Reports. The Draft Presentence Report for Defense

Counsel's Informal Objections was due on December 9, 2022. Defense Counsel still has not received said Draft Report. Counsel spoke to Megan Pascual, the Probation Officer, who informed him that the Probation Office has not been able to prepare said Presentence Report in the time frame previously contemplated, making the previously set Sentencing date of January 20, 2023, impossible. The Probation Officer stated the date of March 13, 2023 for Sentencing would be acceptable since the Probation Office would not be able to provide the Presentence Report as expected and have it ready for Counsel to lodge his Informal Objections until the end of December at the earliest or sometime thereafter.

      Therefore, all parties agree it is necessary that this matter be continued for good cause. It is the joint request of both the Government and Counsel for the Defense that the Sentencing date be continued until March 13, 2023. The Probation Officer will prepare a new schedule of dates for Counsel to file Informal Objections, Government Responses, Defense Formal Objections and Government Reply at a later time.

.

                              Respectfully submitted,

Dated: 12/16/2022

                              */S/ Michael W. Berdinella*
                              Michael W. Berdinella
                              Attorney for Defendant
                              SARAH JO SUMPTER


                              */S/ Alexandre Dempsey*
                              Alexandre Dempsey
                              Assistant United States Attorney

**ORDER**

Good cause appearing, it is Ordered that the date for Sentencing of January 20, 2023 is vacated and the Sentencing date reset to March 13, 2023 at 10:00am.

      IT IS SO ORDERED.

Dated: December 19, 2022

UNITED STATES DISTRICT JUDGE