PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00266-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | DATE: March 13, 2023 |
| SARAH JO SUMPTER, | TIME: 10:00 a.m. |
| Defendants. | COURT: Jennifer L. Thurston |

**STIPULATION**

The United States of America, by and through its counsel of record, and SARAH JO SUMPTER, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 13, 2023.

2. By this stipulation, both parties move to continue the March 13, 2023 sentencing date until March 20, 2023. As the defendant has already pleaded guilty, an exclusion of time is not necessary.

IT IS SO STIPULATED.

Dated: January 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: January 30, 2023

/s/ MICHAEL BERDINELLA
MICHAEL BERDINELLA
Counsel for SARAH JO SUMPTER

[~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of January, 2023. At the request of the parties, the March 13, 2023 sentencing in the above case is **CONTINUED** to March 20, 2023.

IT IS SO ORDERED.

Dated:   **January 30, 2023**

UNITED STATES DISTRICT JUDGE