1  Michael W. Berdinella SB#085038
   Law Office of Michael Berdinella
2  726 W. Barstow, Suite 100
   Fresno, CA 93704
3  Telephone: 559-436-800
   Facsimile: 559-436-8900
4

5  Attorney for Defendant Sarah Jo Sumpter

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | **UNITED STATES OF AMERICA,** | No.  1:21-CR-00266-JLT-SKO |
12 | **Plaintiff,** | |
13 | v. | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W.BERDINELLA AS ATTORNEY OF RECORD AND [ORDER** |
14 | **SARAH JO SUMPTER,** | |
15 | **Defendant.** | |

19         On 11/04/2021, Defendant Sarah Jo Sumpter was indicted on federal charges.  CJA Panel
20 Attorney Michael W. Berdinella was appointed as trial counsel to represent Mr. Sarah Jo Sumpter
21 on 03/21/2022 in her criminal case.  Ms. Sumpter was sentenced pursuant to a Plea Agreement on
22 03/20/2023.  Ms. Sumpter was in custody at sentencing. Having completed his representation of
23 Ms. Sumpter, CJA attorney Michael W. Berdinella now moves to terminate his appointment under
24 the Criminal Justice Act.

25         Should Ms. Sumpter require further legal assistance he has been advised to contact the
26 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
27 Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
28 free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: 04/03/2023                               Respectfully submitted,

                                                               Michael W. Berdinella
                                                               Attorney for Sarah Jo Sumpter

### [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Sarah Jo Sumpter at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sarah Jo Sumpter
JID# 7084354
Fresno County Jail
PO Box 872
Fresno, CA 93712

IT IS SO ORDERED.

Dated: **April 4, 2023**                                    *(signature)*
                                                                 UNITED STATES DISTRICT JUDGE