HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SARAH SUMPTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00266-JLT-SKO |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO TEEN CHALLENGE BAKERSFIELD** |
| vs. | |
| SARAH SUMPTER, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Sarah Sumpter (JID: 7084354) shall be released from the Fresno County Jail on Wednesday, March 26, 2025, at 8:30 a.m. and immediately transported to Teen Challenge Bakersfield, located at 301 E. Roberts Lane, Bakersfield, CA 93308, for intake and admission into the program. To ensure her safe and immediate transport to Teen Challenge Bakersfield, the Fresno County Jail will release Ms. Sumpter to Kevin Mitchel from the Federal Defender's Office, for immediate and direct transport to Teen Challenge Bakersfield. While enrolled in the program, Ms. Sumpter will remain subject to all terms and conditions of her supervised release previously ordered.

IT IS SO ORDERED.

Dated:   **March 25, 2025**

UNITED STATES DISTRICT JUDGE